■ In the Matter of RUDOLPH MANCUSO, Petitioner, v BERNARD M. WEINSTEIN, as Commissioner of the Westchester County Medical Center, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent Commissioner of the Westchester County Medical Center, dated October 11, 1979, as, after a hearing, found petitioner

guilty of certain misconduct and, *inter alia,* suspended him without pay for a period of 30 days and relieved him from his position of acting "Supervisor of the Operating Room". Determination confirmed insofar as reviewed and proceeding dismissed on the merits, without costs or disbursements. The determination is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). In addition, the penalty imposed was not so disproportionate to the offense as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Hopkins, J. P., Damiani, Titone and Rabin, JJ., concur.